| | |
|---|---|
| 1  UNITED STATES DISTRICT COURT | |
| 2  DISTRICT OF NEVADA | |
| 3  KYLE HANEY, | Case No. 2:19-cv-01715-GMN-VCF |
| 4  Plaintiff | ORDER |
| 5  v. | |
| 6  CITY OF HENDERSON, *et al.*, | |
| 7  Defendants | |

## I. DISCUSSION

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1).

Plaintiff's application to proceed *in forma pauperis* is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has not submitted a properly executed financial certificate or an inmate account statement. (*See* ECF No. 1). Further, Plaintiff may not file parts of his application to proceed *in forma pauperis* in a piecemeal fashion. Plaintiff is required to file a **full and complete** application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. As such, the *in forma pauperis* application is denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, he must file a full and complete application to proceed *in forma pauperis* together with an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff is further advised that this case will not be placed in line for screening until he either pays

<u>the filing fee or files a full and complete application to proceed *in forma pauperis*, including both an inmate account statement for the past six months and a properly executed financial certificate</u>.

With respect to Plaintiff's current address, in his letter to the Court dated September 26, 2019, Plaintiff provides an alternate address for his mailings as "834 Fuerte Ct., Henderson, NV, 89015." (ECF No. 1-2). <u>Plaintiff may not use an alternate address of another person for his filings with this Court</u>. Further, Plaintiff must update and keep the Court apprised of **his** current address. The Plaintiff will be granted thirty (30) days from the date of this order to file his updated address with the Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of this order, the Court will dismiss this action without prejudice.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice to file a new and fully complete application together with an inmate account statement for the past six months and a properly executed financial certificate.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall file his updated address with the Court.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action without prejudice will result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED this 7th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE